ELLA I. WILSON ET AL., PROSECUTORS, v. THE TOWNSHIP COMMITTEE OF THE TOWNSHIP OF UNION ET AL., DEFENDANTS.

Submitted October 4, 1938—Decided January 28, 1939.

Before Justices CASE, DONGES and PORTER.

For the prosecutors, *Julius Kwalick.*

For the defendants, *Charles Wagner* and *Connolly & Hueston.*

PER CURIAM.

This is the return of a rule to show cause why a *certiorari* should not issue to review the proceedings, determinations, recommendations and actions of the township committee, board of adjustment and building inspector of the Township of Union, respecting the permit to defendant Ratzman for the erection and maintenance of a gasoline service station in said township.

Our study of the record persuades us that there are questions in the case which should be the subject of review.

The writ of *certiorari* is allowed.

THE STATE OF NEW JERSEY, EX REL. IRVING EISENBERG, RELATOR, v. GEORGE SCHEETZ, RESPONDENT.

Argued December 16, 1938—Decided January 5, 1939.

For the prosecutor of the rule, *William H. Osborne, Jr.*

For the respondent, *Benjamin Dowden.*

PER CURIAM.

It is deemed proper that an information in the nature of a *quo warranto* should issue. Leave will be given.